**Collie BRUNER, alias C. W. Finner, v. STATE. (No. 12780.)**

Court of Criminal Appeals of Texas. Nov. 20, 1929.

Davenport & Crain, of Wichita Falls, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for 10 years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.